# In the United States Court of Federal Claims

No. 23-545
(Filed Under Seal: May 31, 2023)
Reissued: July 21, 2023

|  |  |
|---|---|
| PREDICTIVEIQ LLC, | ) |
| Plaintiff, | ) |
| v. | ) |
| THE UNITED STATES, | ) |
| Defendant. | ) |

**ORDER**

On April 20, 2023, plaintiff filed its Complaint and a motion for preliminary injunction. *See generally* Complaint, ECF No. 1; Plaintiff's Motion for Preliminary Injunction, ECF. No 2. On May 6, 2023, defendant filed a response to plaintiff's Motion for Preliminary Injunction. *See generally* Defendant's Motion to Dismiss and Response to Plaintiff's Motion for Preliminary Injunction, ECF No. 20. On May 9, 2023, the Court held Oral Argument. On May 12, 2023, this Court issued an order denying plaintiff's Motion for Preliminary Injunction. *See* May 12, 2023 Order, ECF No. 22. On May 22, 2023, plaintiff filed a Motion for Reconsideration pursuant to Rules 59 and 60 of the Rules of the United States Court of Federal Claims. *See* Plaintiff's Request for Reconsideration, ECF. No 25.

The Court acknowledges that in its May 12, 2023 Order it stated that "plaintiff is requesting that all 147 CSO awards be enjoined, including those awards that are not under the Orbital Prime ISAM Topic." May 12, 2023 Order at 5. During the May 9, 2023 Oral Argument, plaintiff clarified that the number of awards it sought to enjoin was 30, not 147, including only the awards under the Orbital Prime ISAM Topic. *See* Oral Argument at 21:00, 35:35–39:10. Nonetheless, the weighing of harm to the United States Department of the Air Force and numerous other contractors strongly favors staying the Court's hand. Therefore, plaintiff's Motion for Reconsideration is hereby **DENIED**.

IT IS SO ORDERED.

s/ *Loren A. Smith*

Loren A. Smith,
Senior Judge